Allan L. Schare (State Bar No. 126305)
aschare@tocounsel.com
Jon-Jamison Hill (State Bar No. 203959)
jhill@tocounsel.com
Brian J. Headman (State Bar No. 284508)
bheadman@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Perry J. Viscounty (State Bar No. 132143)
perry.viscounty@lw.com
David D. Troutman (State Bar No. 261556)
david.troutman@lw.com
Allison S. Blanco (State Bar No. 287554)
allison.blanco@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff Metagenics, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| METAGENICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN P. TROUP, an individual; JENNA C. TROUP, an individual; RADISHING MEDICAL, LLC, a Massachusetts limited liability corporation; TreatMNT, an entity of unknown form; and DOES 1-10,<br><br>Defendants. | Case No. 8:17-cv-00173-AG-AFM<br><br>[PROPOSED] PRELIMINARY INJUNCTION AGAINST JOHN P. TROUP, JENNA C. TROUP, RADISHING MEDICAL, LLC AND TREATMNT |

1038007.2/22211.05007

1

Case No. 8:17-cv-00173-AG-AFM

[PROPOSED] PRELIMINARY INJUNCTION

This matter came for hearing on FEBRUARY 21, 2017, in courtroom 10D of the above-titled court, the Honorable Andrew Guilford, United States District Court Judge presiding. After reading all supporting and opposing papers, reviewing supporting declarations and evidence, and hearing the argument of counsel, and good cause having been shown, the court ORDERS that pending trial in this matter or further order of the court, Defendants John P. Troup, Jenna C. Troup, Radishing Medical LLC, TreatMNT, and their officers, managers, agents, servants, employees, attorneys and other persons who are in active concert or participate with them (the "*Enjoined Parties*"), who receive actual notice of this Order, ARE ENJOINED AND RESTRAINED FROM:

(A) The Enjoined Parties are prohibited from directly or indirectly disclosing, using, or assisting in the use or disclosure of any of Metagenics, Inc.'s ("*Metagenics*") confidential information or trade secrets, including but not limited to any Metagenics data, document, email, or attachment that any of the Defendants copied, forwarded, or removed from any email account, server, or property owned by Metagenics;

(B) The Enjoined Parties are prohibited from developing, producing, marketing, exploiting or selling any product, service or business model that (1) was derived from or incorporates any of Metagenics' confidential information or trade secrets; (2) was conceived or developed by Defendants during the period of September 27, 2012 through December 16, 2016, including, but not limited to, the TreatMNT business and TreatMNT's "Flash Flush" and "Glucose Balance" products; or (3) was created using non-public research studies, resources, or materials paid for by Metagenics;

(C) The Enjoined Parties are prohibited from directly or indirectly using the "TreatMNT" trademark or term, including but not limited to any use as a trade name, in advertising or promotional materials, in social media account names or handles (including Facebook, Instagram, and Twitter), or in domain names; and

1   (D)   Each Defendant shall, within five (5) days of the date this injunction is *reasonably* 
2   entered, (1) return to Metagenics all data, documents, files, emails, and attachments
3   in its possession, custody, or control, that contains any of Metagenics' confidential
4   information or trade secrets, including but not limited to any Metagenics data,
5   document, email, or attachment that any of the Defendants copied, forwarded, or
6   removed from any email account, server or property owned by Metagenics; and
7   (2) provide to Metagenics an affidavit attesting under penalty of perjury that he or
8   she has returned all such information and documents and describing in detail the
9   steps he or she took to locate all such information and documents.

IT IS SO ORDERED

Dated: FEBRUARY 21, 2017

Hon. Andrew Guilford
United States District Court Judge

1038007.2/22211.05007

3

Case No. 8:17-cv-00173-AG-AFM

[PROPOSED] PRELIMINARY INJUNCTION