Perry J. Viscounty (State Bar No. 132143)
perry.viscounty@lw.com
David D. Troutman (State Bar No. 261556)
david.troutman@lw.com
Allison S. Blanco (State Bar No. 287554)
allison.blanco@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Allan L. Schare (State Bar No. 126305)
aschare@tocounsel.com
Jon-Jamison Hill (State Bar No. 203959)
jhill@tocounsel.com
Brian J. Headman (State Bar No. 284508)
bheadman@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Attorneys for Plaintiff Metagenics, Inc.

FILED
2017 FEB 21  AM 11: 47

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| METAGENICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN P. TROUP, an individual; JENNA C. TROUP, an individual; RADISHING MEDICAL, LLC, a Massachusetts limited liability corporation; TreatMNT, an entity of unknown form; and DOES 1-10,<br><br>Defendants. | Case No. 8:17-cv-00173 AG (AFMx)<br><br>**UNDERTAKING OF CORPORATE SURETY ON PRELIMINARY INJUNCTION** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

Case No. 8:17-cv-00173 AG (AFMx)
UNDERTAKING OF CORPORATE SURETY ON
PRELIMINARY INJUNCTION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAGENICS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOHN P. TROUP, an individual; JENNA C. TROUP, an individual; RADISHING MEDICAL, LLC, a Massachusetts limited liability corporation; TreatMNT, an entity of unknown form; and DOES 1-10,<br><br>        Defendants. | Bond No. 929-632-399<br><br>Case No. 8:17-cv-00173 AG (AFMx)<br><br>**UNDERTAKING OF CORPORATE SURETY** |

    **WHEREAS**, Plaintiff Metagenics, Inc. desires to give an undertaking for the Preliminary Injunction as provided by Federal Rule of Civil Procedure 65(c).

    **NOW, THEREFORE**, the undersigned, Western Surety Company, a corporation organized and existing under and by the virtue of the laws of the State of South Dakota, and authorized to transact the business of Surety in the State of California, in consideration of the premises and the issuance of said Preliminary Injunction, does hereby obligate itself, its successors and assigns to the Defendants in the amount of _Fifteen Thousand_ Dollars ($ _15,000.00_ ).

    **IN WITNESS WHEREOF**, the said Surety has caused these presents to be executed and its corporate seal attached by its duly authorized attorney-in-fact at Los Angeles, CA, on this 17th day of February, 2017.

Western Surety Company<br>
By: _____<br>
Brenda Wong, Attorney-in-Fact

| CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT CIVIL CODE §1189 |
|---|

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

On __FEB 17 2017__ before me, _____Kari Davis, Notary Public, personally appeared __Brenda Wong__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/~~are~~ subscribed to the within instrument and acknowledged to me that ~~he~~/she/~~they~~ executed the same in ~~his~~/her/~~their~~ authorized capacity~~(ies)~~, and that by ~~his~~/her/~~their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(seal)             Signature __KA Davis__
                              Kari Davis, Notary Public

KARI DAVIS
Commission # 2042909
Notary Public - California
Los Angeles County
My Comm. Expires Sep 26, 2017

# Western Surety Company

## POWER OF ATTORNEY APPOINTING INDIVIDUAL ATTORNEY-IN-FACT

**Know All Men By These Presents,** That WESTERN SURETY COMPANY, a South Dakota corporation, is a duly organized and existing corporation having its principal office in the City of Sioux Falls, and State of South Dakota, and that it does by virtue of the signature and seal herein affixed hereby make, constitute and appoint

**Cesar F Javier, Jeffrey Strassner, Tenzer V Cunningham, Natalie K Trofimoff, Patricia Talavera, Brenda Wong, Individually**

of Los Angeles, CA, its true and lawful Attorney(s)-in-Fact with full power and authority hereby conferred to sign, seal and execute for and on its behalf bonds, undertakings and other obligatory instruments of similar nature

### - In Unlimited Amounts -

and to bind it thereby as fully and to the same extent as if such instruments were signed by a duly authorized officer of the corporation and all the acts of said Attorney, pursuant to the authority hereby given, are hereby ratified and confirmed.

This Power of Attorney is made and executed pursuant to and by authority of the By-Law printed on the reverse hereof, duly adopted, as indicated, by the shareholders of the corporation.

**In Witness Whereof,** WESTERN SURETY COMPANY has caused these presents to be signed by its Senior Vice President and its corporate seal to be hereto affixed on this 13th day of June, 2012.



WESTERN SURETY COMPANY

Paul T. Bruflat, Senior Vice President

State of South Dakota } ss
County of Minnehaha

On this 13th day of June, 2012, before me personally came Paul T. Bruflat, to me known, who, being by me duly sworn, did depose and say: that he resides in the City of Sioux Falls, State of South Dakota; that he is the Senior Vice President of WESTERN SURETY COMPANY described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed pursuant to authority given by the Board of Directors of said corporation and that he signed his name thereto pursuant to like authority, and acknowledges same to be the act and deed of said corporation.

My commission expires

November 30, 2012



D. Krell, Notary Public

### CERTIFICATE

I, L. Nelson, Assistant Secretary of WESTERN SURETY COMPANY do hereby certify that the Power of Attorney hereinabove set forth is still in force, and further certify that the By-Law of the corporation printed on the reverse hereof is still in force. In testimony whereof I have hereunto subscribed my name and affixed the seal of the said corporation this _____ day of __**FEB 17 2017**__, _____.



WESTERN SURETY COMPANY

L. Nelson, Assistant Secretary

Form F4280-09-06

# CERTIFICATE BY ATTORNEY

The foregoing undertaking has been examined pursuant to L.R. 65-3 and is recommended for approval. It is not required by law to be approved by a judge.

DATED: February 21, 2017

LATHAM & WATKINS LLP

By: /s/ Allison Blanco
Allison S. Blanco
LATHAM & WATKINS LLP
Perry J. Viscounty
David D. Troutman

THEODORA ORINGHER PC
Allan L. Schare
Jon-Jamison Hill
Brian J. Headman

*Attorneys for Plaintiff Metagenics, Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

Case No. 8:17-cv-00173 AG (AFMx)
UNDERTAKING OF CORPORATE SURETY ON
PRELIMINARY INJUNCTION

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071-1560.

On February 21, 2017, I served the following documents described as:

**UNDERTAKING OF CORPORATE SURETY ON PRELIMINARY INJUNCTION**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC MAIL**

The above-described document was transmitted via electronic mail to the following parties on **February 21, 2017**:

>Craig T. Byrnes
>The Law Offices of Craig T. Byrnes
>1500 Rosecrans Ave., #500
>Manhattan Beach, CA 90266
>cbyrnes_esq@yahoo.com

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **February 21, 2017**, at Los Angeles, California.

/s/ Colleen Rico
_____
Colleen M. Rico

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

Case No. 8:17-cv-00173 AG (AFMx)
UNDERTAKING OF CORPORATE SURETY ON
PRELIMINARY INJUNCTION